IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J. BROWN,

                Plaintiff,

v.

GWEN SCHULTZ, et al.,

                Defendants.

ORDER

18-cv-123-wmc

*Pro se* plaintiff Larry J. Brown filed this civil lawsuit pursuant to 42 U.S.C. § 1983, claiming that defendants have been violating his constitutional rights in failing to return his property to him after a conduct report was dismissed against him. Brown filed a motion to proceed *in forma pauperis*, but on April 15, 2019, the court issued an order finding that Brown could not proceed *in forma pauperis* under the "three-strikes rule" set forth in 28 U.S.C. § 1915(g). (Dkt. #7.) Accordingly, in that order the court gave Brown until May 6, 2019, to submit the full filing fee of $400, warning Brown that his failure to do so would result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). (*Id.*) That deadline has passed, and Brown has not submitted the full filing fee, nor has he communicated with the court in any way that would suggest that he intends to do so. Accordingly, the court is dismissing this case without prejudice for failure to pay the filing fee.

ORDER

IT IS ORDERED that:

1) This lawsuit is DISMISSED without prejudice for plaintiff Larry Brown's failure

to pay the full filing fee.

2) The clerk's office is directed to close this case.

Entered this 14th day of May, 2019.

> BY THE COURT:
>
> /s/
> _____
> WILLIAM M. CONLEY
> District Judge