IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J. BROWN,

     Plaintiff,

                                   Case No. 18-cv-123-wmc

    v.

GWEN SCHULTZ, ANN M.
SLINGER-YORK, MICHAEL A.
DITTMAN, BRIAN FOSTER, LUCAS
WEBER, TONY MELI, LINDSAY
WALKER, CO WOGERNESE, JON E.
LITSCHER, LINDA O'DONOVAN,
E. DAVIDSON, CATHY JESS, KALEN
RUCK, KRISTY SZELAGOWSKI, and
CHRISSY PRESTON,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 5/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |